# In the United States Court of Federal Claims

No. 12-799T

Filed: October 17, 2022

_____

|  |  |
|---|---|
| LOGAN L. HURST, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| *Defendant*. | ) |

_____ )

## ORDER

Pursuant to the parties' Stipulation for Entry of Judgment, ECF No. 18, the Court hereby directs the Clerk's Office to enter judgment as follows:

1. For tax year 2002, judgment for the Plaintiff for a tax overpayment of $22,504.00, plus statutory interest.

2. For tax year 2003, judgment for the United States for unpaid tax liabilities of $8,330.30, plus statutory interest.

3. For tax year 2004, judgment for the United States for unpaid tax liabilities of $21,167.10, plus statutory interest.

IT IS SO ORDERED

s/ Edward H. Meyers
Edward H. Meyers
Judge